UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY A. ELIAS,

        Plaintiff,                        Case No. 09-13527

vs.                                        HON. GEORGE CARAM STEEH

PITT, MCGEHEE, PALMER, RIVERS,
GOLDEN, P.C.,
        Defendant.
_____/

## ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL, AND DENYING REQUEST TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO DISMISS (#21) AS MOOT

Plaintiff, by correspondence dated April 7, 2010, requests appointment of counsel and an extension of time to answer a pending motion to dismiss. The court has no funds for appointment of counsel, although plaintiff will have the opportunity through the Federal Bar Association to consult with pro bono counsel on May 3, 2010. The request for adjournment of the deadline to answer defendant's motion to dismiss is moot, inasmuch as plaintiff's answer has been received and docketed.

IT IS SO ORDERED.

Dated: April 19, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 19, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk