UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY ELIAS,

        Plaintiff,

vs.

Case No. 09-13527
HON. GEORGE CARAM STEEH

PITT, MCGEHEE, PALMER,
RIVERS & GOLDEN, P.C., *et al.*,

        Defendants.

## JUDGMENT

The above entitled matter having come before the court,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff.

SO ORDERED.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/Josephine Chaffee
DEPUTY COURT CLERK

Dated: April 4, 2011